```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09730
   LINDA D SYLVESTRE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8547

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 05/30/2007 and was not confirmed.

      The case was dismissed without confirmation 09/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  CURRENT MORTG        .00           .00           .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE        .00           .00           .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG        .00           .00           .00
WFS FINANCIAL             SECURED VEHIC        .00           .00           .00
WFS FINANCIAL             UNSECURED      NOT FILED           .00           .00
HSBC BANK N               UNSECURED      NOT FILED           .00           .00
ARMOR SYSTEMS CO          UNSECURED      NOT FILED           .00           .00
CERTIFED SVC              UNSECURED         186.10           .00           .00
AT & T                    UNSECURED      NOT FILED           .00           .00
HOUSEHOLD BANK            UNSECURED      NOT FILED           .00           .00
KEY NOTE CONSULTING       UNSECURED      NOT FILED           .00           .00
FEDERATED RTL/MARSHALL F  UNSECURED         151.38           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED         104.93           .00           .00
ECMC                      UNSECURED            .00           .00           .00
SUN TECH LOANS            UNSECURED            .00           .00           .00
TARGET                    UNSECURED      NOT FILED           .00           .00
WELLS FARGO HOME MORTGAG  NOTICE ONLY    NOT FILED           .00           .00
WELLS FARGO HOME MORTGAG  SECURED NOT I    4239.97           .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                      2,342.50

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS        DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 2,342.50

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                             2,342.50
                        ---------------    ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09730 LINDA D SYLVESTRE
```

| | | |
|---|---|---|
| TOTALS | 2,342.50 | 2,342.50 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 05/23/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |